IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | 1:19 CR 335 |
| DE'LON MALLORY, | ) | CASE NO. _____ |
| Defendant. | ) | Title 18, United States Code, Section 1711 |

JUDGE OLIVER

COUNT 1
(Misappropriation of Postal Funds Valued Over $1,000, 18 U.S.C. § 1711)

The Grand Jury charges:

Between October of 2018 and November of 2018, in the Northern District of Ohio, Eastern Division, Defendant DE'LON MALLORY, an employee of the United States Postal Service ("USPS") who worked at the front counter of the USPS branch in Bedford, Ohio, did convert to his own use and fail to remit, deposit, and turn over, money that came under his control during the course of his USPS duties, to wit: Defendant embezzled more than $1,000 by fraudulently underreporting the number of stamps he sold to USPS customers and then keeping the excess cash proceeds for himself, in violation of Title 18, United States Code, Section 1711.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

1:19 CR 335

United States v. De'Lon Mallory

A TRUE BILL.

*Stephanie G. Armstrong*
FOREPERSON

JUSTIN E. HERDMAN
United States Attorney

By: *Edward F. Feran*
EDWARD F. FERAN, Chief
General Crimes Unit

2

Revised 12/20/11 (CP)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

CRIMINAL DESIGNATION FORM (To be completed by the U.S. Attorney)

CRIMINAL CATEGORY:
1. [X] General Criminal Felony
2. [ ] All Misdemeanor, Minor, and Petty Offenses

FILED
2019 MAY 29 PM 3:08

1:19 CR 335

OFFENSE(S) CHARGED:
Title and Section: 18 U.S.C. § 1711
Description of Offense: Misappropriation of Postal Funds Valued Over $1,000
Statutory Penalty: 10 years imprisonment; $250,00 fine; 3 years supervised release; $100 special assessment

JUDGE OLIVER

THE UNITED STATES ATTORNEY CERTIFIES:

[ ] This superseding indictment or superseding information supersedes and supplants the entire previously filed indictment or information.

[ ] This supplemental information adds a count or counts for a defendant (or defendants) in a previously filed indictment or information.

THE SUPERSEDING INDICTMENT, SUPERSEDING INFORMATION OR SUPPLEMENTAL INFORMATION TO BE DIRECTLY ASSIGNED TO THE SAME JUDGE

Case No: 
Judicial Officer: MAG. JUDGE GREENBERG

This is a related case in that:
[ ] This indictment is returned against a defendant(s) who is pending trial or sentencing or is on probation or supervised release (Judge and Case No. below), and this new case involves only the said defendant(s); OR
[ ] This criminal prosecution arises out of the same criminal transaction or series of criminal transactions as are charged in

Case No: 
Judicial Officer: 

Other Information:
Not Applicable.

(THIS RELATED CASE IS TO BE FILED BY RANDOM DRAW, AFTER WHICH REASSIGNMENT PURSUANT TO LCrR 57.9 MAY BE SOUGHT.)

PREVIOUSLY FILED CRIMINAL CAUSE, IF ANY (INCLUDING COMPLAINTS)

CASE NO.: 
Judicial Officer: 

COUNTY THAT CONTROLS AS TO THE LOCATION OF COURT WHERE THIS CASE IS BEING FILED:

COUNTY: Cuyahoga    (CHECK ONE)  [ ] 1. DEFENDANT'S RESIDENCE   [X] 2. SITUS OF ALLEGED CRIME   [ ] 3. OTHER

NAME AND ADDRESS OF DEFENDANT(S) AND DEFENSE ATTORNEY(S)

Custody: [ ] State or Local  [ ] Federal  [ ] Writ Required

Attorney(s):
Name: N/A
Address: 
City, Zip: 
Telephone: 
E-Mail: 

Defendant(s):
Name: De'Lon Mallory
Address: 33353 East 135th Street
City, Zip: Cleveland, Ohio 44120
Telephone: Unknown

Assistant US Attorney: James P. Lewis
Date: 5/9/2019
Asset/Forfeiture handled by: N/A
Telephone: (216) 622-3958