UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:19 CR 335 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DE'LON MALLORY, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

On November 16, 2023, the above-captioned case was referred to Magistrate Judge Jonathan D. Greenberg to conduct the appropriate proceedings, except for sentencing, and to prepare a Report and Recommendation regarding the violation report submitted to the court.

On that same date, the Defendant, represented by Assistant Federal Defender Jeffrey Lazarus, appeared before Magistrate Judge Greenberg for a violation hearing. The Defendant admitted to the violations contained in the report dated November 7, 2023. Magistrate Judge Greenberg issued a Report and Recommendation to this court finding that the Defendant has violated the terms and conditions of his Supervised Release. Defendant was ordered released under the current conditions of his supervision pending sentencing before Judge Oliver.

The court held a sentencing hearing on November 30, 2023. Assistant United States Attorney Margaret Kane was present at the hearing. Assistant Federal Public Defender Jeffrey Lazarus was present with Defendant De'Lon Mallory. The Probation Officer was Katelyn Keck.

The court has reviewed the Magistrate's Report and Recommendation and finds that it is well-supported. Further, the Defendant again admitted to the violations as charged before this court. As a result, the court finds that the Defendant has violated the terms of his Supervised Release. The court hereby adopts the Magistrate Judge's's Report and Recommendation (ECF No. 67.)

The court hereby orders that the Defendant's supervised release is extended to March 18, 2024, with the same terms and conditions as previously imposed. Defendant is required to make monthly payments of at least $50 per month toward his restitution obligation during this period. If Defendant can make all payments and stay in compliance with the terms of his supervised release, the court will allow his supervised release to expire on March 18, 2024. Defendant was advised of his right to appeal.

IT IS SO ORDERED.

/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

December 1, 2023